LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan (022719)
rts@bowwlaw.com
Alicyn M. Freeman (023916)
amf@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com

*Attorneys for Defendants Pacific Indemnity Company, Chubb Indemnity Insurance Company, Worley Companies nka Alacrity Adjusting Solutions, LLC, Infinity Insurance Services, LLC, Kathleen Marie Gibbs and Warren Gibbs, Madsen, Kneppers & Associates, Inc., and Kenneth J. Turner*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kristina K. Cashman and John Godina, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>Pacific Indemnity Company, a Wisconsin corporation; Chubb Indemnity Insurance Company, a New York corporation; Worley Companies, nka Alacrity Adjusting Solutions, LLC, a Delaware corporation; Infinity Insurance Services, LLC, an Arizona limited liability company; Kathleen Marie Gibbs and Warren Gibbs, wife and husband; Madsen, Kneppers & Associates, Inc., a Colorado corporation; and Kenneth J. Turner,<br><br>Defendants. | Case No.<br><br>**MADSEN, KNEPPERS & ASSOCIATES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Madsen, Kneppers & Associates, Inc.: *(check one)*

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns ten percent or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns ten percent or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)* Relationship___________

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List* identity *of corporation and the nature of financial interest. (Attach additional pages if needed.)* Relationship_______________________

____ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 15th day of July, 2022.

BROENING OBERG WOODS & WILSON, P.C.

By: */s/ Alicyn M. Freeman*

Robert T. Sullivan
Alicyn M. Freeman
2800 North Central Avenue, Suite 1600
Phoenix, Arizona 85004
*Attorneys for Defendants Pacific Indemnity Company, Chubb Indemnity Insurance Company, Worley Companies nka Alacrity Adjusting Solutions, LLC, Infinity Insurance Services, LLC, Kathleen Marie Gibbs and Warren Gibbs, Madsen, Kneppers & Associates, Inc., and Kenneth J. Turner*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael N. Poli, Esq.
Lawrence R. Moon, Esq.
POLI, MOON & ZANE, PLLC
2999 N. 44th Street, Suite 325
Phoenix, AZ 85018
mpoli@pmzlaw.com
lmoon@pmzlaw.com
*Attorneys for Plaintiffs*

By */s/ Suzanne Beard* ____________